UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEVORY W. HICKMON,

      Petitioner,

v.                                                    CASE NO. 6:05-cv-984-Orl-19JGG

JAMES V. CROSBY, et al.,

      Respondent.

_____

## <u>ORDER OF DISMISSAL</u>

Petitioner, a prisoner of the State of Florida proceeding *pro se*, initiated this action by filing a petition for habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1). Additionally, he has a habeas corpus petition regarding the same conviction pending in the United States District Court, Middle District of Florida, Jacksonville Division (Case No. 3:04-cv-1279-J-25MMH).

"As between federal district courts, . . . the general principle is to avoid duplicative litigation." *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 817 (1976)(dictum). In order to avoid duplicative litigation and piecemeal resolutions, a district court has the discretion to dismiss a suit which can be resolved in an action pending in another district court. *West Gulf Maritime Ass'n. v. ILA Deep Sea Local 24*, 751 F.2d 721, 729 (5th Cir. 1985). Pursuant to the "first-filed" rule, the court first vested with jurisdiction over the common action is the more appropriate body to decide the issues. *Id.* at 729-30; *Merrill Lynch, Pierce, Fenner & Smith v. Haydu*, 675 F.2d 1169, 1174 (11th Cir. 1982) ("In absence of compelling circumstances, the court initially seized of a controversy should be the one to decide the case.").

Since the Jacksonville case, involving the same conviction, was filed prior to the instant action, that Division of the Court was first vested with jurisdiction over this matter.  Accordingly, this Division of the Court will not intrude on such jurisdiction and will exercise its discretion to dismiss the instant suit.

It is **ORDERED AND ADJUDGED** as follows:

1.      This case is **DISMISSED** without prejudice to Petitioner's right to pursue his claims in the pending Jacksonville case.

2.      The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida this _15th____ day of July, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 7/15
Levory W. Hickmon

2